EXHIBIT A

| | |
|---|---|
| 1 | |
| 2 | RICHARD ALEXANDER, Cal. Bar #48432<br>JEFFREY W/ RICKARD, Cal. Bar #125180 |
| 3 | RYAN M. HAGAN, Cal Bar #200850<br>ALEXANDER, HAWES & AUDET, LLP |
| 4 | 152 North Third Street, Suite 600<br>San Jose, CA 95112 |
| 5 | Telephone: (408) 289-1776<br>Facsimile: (408) 287-1776 |
| 6 | **Attorneys for Plaintiff(s)** |

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| JAMES STEFFENSON AND<br>RAYLENE STEFFENSON, | ) | Case No.: C 03-05196 RMW |
| Plaintiffs, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS JAMES STEFFENSON AND RAYLENE STEFFENSON** |
| v. | ) | |
| OLIN CORPORATION, et al., | ) | |
| Defendants. | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs James Steffenson and Raylene Steffenson and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs

2057301.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs James Steffenson and Raylene Steffenson - 1**

James Steffenson and Raylene Steffenson as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

        Respectfully submitted,

        ALEXANDER, HAWES & AUDET, LLP

        By: _____
              RICHARD D ALEXANDER, Cal. Bar #48432
              JEFFREY W/ RICKARD, Cal. Bar #125180
              RYAN M. HAGAN, Cal Bar #200850
              152 North Third Street, Suite 600
              San Jose, CA 95112
              Telephone: (408) 289-1776
              Facsimile: (408) 287-1776

Attorneys for Plaintiffs James Steffenson and Raylene Steffenson

HUSCH & EPPENBERGER, LLC

        By: /s/ Carol A. Rutter
              THOMAS M. CARNEY, admitted *pro hac vice*
              CAROL A. RUTTER, admitted *pro hac vice*
              190 Carondelet Plaza, Suite 600
              St. Louis, MO 63105-3441
              Telephone: (314) 480-1500
              Facsimile: (314) 480-1505

              RANDALL C. CREECH, Cal. Bar #65542
              CREECH, LIEBOW & KRAUS
              333 West San Carlos Street
              Suite 1600
              San Jose, CA 95110
              Telephone: (408) 993-9911
              Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JAMES STEFFENSON AND RAYLENE STEFFENSON, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-05196 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS JAMES STEFFENSON AND RAYLENE STEFFENSON** |

THIS MATTER coming on the motion of Plaintiffs James Steffenson and Raylene Steffenson and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs James Steffenson and Raylene Steffenson's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 11 2005   _Ronald M. Whyte_

2057301.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs James Steffenson and Raylene Steffenson - 3**